IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARVEY HYDE, | ) | |
| | ) | |
| Petitioner, | ) | 4:06CV3107 |
| | ) | |
| v. | ) | |
| | ) | |
| ELLEN BROKOFSKY, NEBRASKA | ) | ORDER |
| PROBATION DEPARTMENT and JON | ) | |
| BRUNING, ATTORNEY GENERAL OF | ) | |
| THE STATE OF NEBRASKA | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court after submission to the Court of the relevant state court records (Filing No. 12). Accordingly,

IT IS ORDERED:

1) Petitioner shall submit his brief in support of his petition for writ of habeas corpus on or before November 3, 2006.

2) Respondent shall submit a brief in opposition to said petition on or before December 8, 2006.

3)  No reply briefs will be permitted unless leave of court is requested.

DATED this 19th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court