```
          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HARVEY HYDE, | ) | |
| | ) | |
| Petitioner, | ) | 4:06CV3107 |
| | ) | |
| v. | ) | |
| | ) | |
| ELLEN BROKOFSKY, NEBRASKA | ) | ORDER |
| PROBATION DEPARTMENT and JON | ) | |
| BRUNING, ATTORNEY GENERAL OF | ) | |
| THE STATE OF NEBRASKA | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on respondents' motion for enlargement of time (Filing No. 15). The Court notes petitioner has no objection thereto. Accordingly,

IT IS ORDERED that respondents' motion is granted; respondents shall have until January 8, 2007, to file a brief in response to petitioner's brief in support of his petition for a writ of habeas corpus.

DATED this 11th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court