IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
HARVEY HYDE,                    )
                                )
            Petitioner,         )       4:06CV3107
                                )
      v.                        )
                                )
ELLEN BROKOFSKY, NEBRASKA       )       ORDER AND JUDGMENT
PROBATION DEPARTMENT and JON    )
BRUNING, ATTORNEY GENERAL OF    )
THE STATE OF NEBRASKA           )
                                )
            Respondents.        )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that petitioner's motion for certificate of appealability (Filing No. 21) is denied.

DATED this 5th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court